UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| DEMAJIO JEROME ELLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-CV-1575 JD |
| | ) | |
| SERGEANT MYERS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Demajio Jerome Ellis, a *pro se* prisoner, filed a document captioned "Response to Opinion and Order" which the court construes as a motion to reconsider the screening order (DE 5) dated June 3, 2014. Based on this filing, it appears that there is confusion about what claims Ellis is presenting, who was involved, what they said or did, and what times various events occurred. Therefore he will be permitted to file an amended complaint. In it, he needs to clearly explain what each defendant did which makes that defendant financially liable to him. He needs to explain what happened, who was involved, and how he was injured.

For the foregoing reasons, the court:

(1) **CONSTRUES** the response (DE 7) as a motion to reconsider;

(2) **GRANTS** the motion to reconsider (DE 7);

(3) **VACATES** the screening order (DE 5);

(4) **GRANTS** Demajio Jerome Ellis leave to file an amended complaint;

(5) **DIRECTS** the clerk to place this cause number on a blank Prisoner Complaint 42 U.S.C. § 1983 form and send it to Demajio Jerome Ellis; and

(6) **GRANTS** Demajio Jerome Ellis until July 24, 2014, to submit an amended complaint.

SO ORDERED:

ENTERED: June 16, 2014

                                                  /s/ JON E. DEGUILIO
                                                 Judge
                                                 United States District Court